| COURTROOM DEPUTY'S MINUTES | MIDDLE DISTRICT OF ALABAMA |
|---|---|

---

| √ INITIAL APPEARANCE | DATE: December 22, 2005 |
|---|---|
| ❐ BOND HEARING | |
| ❐ DETENTION HEARING | Digital Recording 3:13 - 3:20 |
| ❐ PRELIMINARY (EXAMINATION)(HEARING) | |
| ❐ REMOVAL HEARING (R.40) | |
| ❐ ARRAIGNMENT | |

---

**PRESIDING MAG. JUDGE:** Charles S. Coody  **DEPUTY CLERK:** Joyce Taylor

**CASE NO.** 2:05mj150-C  **DEFENDANT NAME:** Clarence Martin

**AUSA:** Terry Moorer  **DEFT. ATTY:** Robert Illman

**Type Counsel:** ( )Retained; ( ) CJA; ( ) Waived; (√ ) FPD

**USPO/USPTS:** Tamara Martin

**Interpreter needed:** ( √ ) NO; (   )YES   Name:

---

| | |
|---|---|
| √ | Date of Arrest December 22, 2005 or √ Arrest Rule 5 |
| √ | Deft First Appearance. Advised of rights/charges. ❐ Prob/Sup Rel Violator |
| √ | Financial Affidavit executed. ORAL MOTION for appointment of Counsel. |
| √ | ORAL ORDER appointing Federal Public Defender - Notice of Appearance to be filed |
| ❐ | Panel Attorney Appointed; ❐ to be appointed - prepare voucher |
| ❐ | Deft. Advises he will retain counsel.  Has retained _____ |
| ❐ | ❐ Government's ORAL  Motion for Detention Hrg. ❐ to be followed by written motion; ❐ Government's WRITTEN Motion for Detention Hrg. filed |
| ❐ | Detention Hearing ❐ held; ❐set for |
| ❐ | ORDER OF TEMPORARY DETENTION PENDING HEARING to be entered |
| ❐ | ORDER OF DETENTION HEARING PENDING TRIAL to be entered |
| ❐ | Release order entered.  Deft advised of conditions of release |
| ❐ | ❐ BOND EXECUTED (M/D AL charges) $. Deft released |
| | ❐ BOND EXECUTED (R. 40) - deft to report to originating district as ordered |
| √ | Bond not executed.  Defendant to remain in Marshal's custody |
| √ | Deft. ORDERED REMOVED to originating district |
| √ | Waiver of ❐ preliminary hearing; √ Waiver Rule 5 hearing |
| ❐ | Court finds PROBABLE CAUSE.  Defendant bound over to the Grand Jury |
| ❐ | ARRAIGNMENT ❐HELD. Plea of NOT GUILTY entered. ❐Set for DISCOVERY DISCLOSURE DATE: |
| ❐ | WAIVER of Speedy Trial.   CRIMINAL TERM: |
| ❐ | NOTICE to retained Criminal Defense Attorney handed to counsel |