AO 94 (Rev. 12/03) Commitment to Another District

# UNITED STATES DISTRICT COURT

__MIDDLE__ District of __ALABAMA__

| UNITED STATES OF AMERICA | COMMITMENT TO ANOTHER |
| V. | DISTRICT |
| CLARENCE MARTIN | |

| DOCKET NUMBER | | MAGISTRATE JUDGE CASE NUMBER | |
|---|---|---|---|
| District of Arrest | District of Offense | District of Arrest | District of Offense |
| MD AL | 4:05-CR-30-CDL | 2:05mj150-C | MD GA |

**CHARGES AGAINST THE DEFENDANT ARE BASED UPON AN**

☒ Indictment   ☐ Information   ☐ Complaint   ☐ Other (specify)

charging a violation of __21__ U.S.C. § __846; 841(a)(1); 841(b)(1)(C); 922 (g)(1)__

**DISTRICT OF OFFENSE**

Middle District of Georgia, Columbus Division

**DESCRIPTION OF CHARGES:**

Conspiracy
Distribution of a controlled substance
Felon in possession of a firearm

**CURRENT BOND STATUS:**

☐ Bail fixed at _____ and conditions were not met
☐ Government moved for detention and defendant detained after hearing in District of Arrest
☒ Government moved for detention and defendant detained pending detention hearing in District of Offense
☐ Other (specify)

| Representation: | ☐ Retained Own Counsel | ☒ Federal Defender Organization | ☐ CJA Attorney | ☐ None |

Interpreter Required?   ☒ No   ☐ Yes   Language: _____

**DISTRICT OF**

TO: THE UNITED STATES MARSHAL

You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant.

December 23, 2005                                   /s/ CHARLES S. COODY
Date                                                Chief United States Magistrate Judge

**RETURN**

This commitment was received and executed as follows:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT |
|---|---|---|
| 12/23/2005 | Muscogee County Jail | |
| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |
| 12/27/2005 | Jesse Seroyer | Ernest William IV |

ATTEST: A True Copy
Certified to _____
Clerk, U.S. District Court
Middle District of Alabama
BY _____ Deputy Clerk

RETURNED AND FILED
JAN - 6 2006
CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.